James Martin, Respondent, v. The Pullman Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of Application of Lillian A. Gould, Respondent, for an Inspection of the Books, etc., of the Gould Coupler Company, Appellant.— Order affirmed, with costs. All concurred, except Kruse and Robson, JJ., who dissented and voted for modification.

In the Matter of Ferdinand J. Bommer, an Attorney and Counselor at Law.— Upon the petition of the Bar Association of Erie county, the said Ferdinand J. Bommer, appearing and stating that he does not object to the entry of an order of disbarment, it is ordered that the said Ferdinand J. Bommer be removed from his office of attorney and counselor at law and forbidden to practice in any of the courts in this State and his name stricken from the roll of attorneys and counselors of the Supreme Court.

Frank L. Georger, Respondent, v. C. Eugene Clark, Appellant.— Motion to dismiss appeal granted, and appeal dismissed, without costs.

John C. Ward and Others, Taxpayers of the Village of Waterloo, N. Y., Appellants, v. John Kropf, as President of the Village of Waterloo, and Others, Respondents.— Judgment, so far as appealed from, affirmed, with costs. All concurred.

Robert Bruce, Respondent, v. The Heffron Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Brigetta J. Tate, Respondent, v. Great Eastern Casualty and Indemnity Company of New York, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Proposed Incorporation of the Village of Bemus Point, N. Y. Charles W. Bemus, Appellant; James H. Benson and Others, Respondents.— Order affirmed, without costs. All concurred.

Katherine Auchter, Respondent, v. Willis K. Gillette, as Sheriff of the County of Monroe, Appellant, Impleaded with American Fidelity Company, Defendant. — Order affirmed, with ten dollars costs and disbursements.. All concurred.

Frank Presbrey Company, Respondent, v. The H-O Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Victoria Metal Company, Appellant, v. Meyer Lichtenstein, Respondent.— Judgment affirmed, with costs. New trial to be had in Buffalo City Court on Tuesday, February 21, 1911, at ten o'clock in the forenoon. All concurred.

The West End Brewing Company, Appellant, v. Mary Elizabeth Evans, Respondent.— Judgment and order affirmed, with costs. All concurred.

Frank P. Burgett, Appellant, v. George M. Amerman, Respondent.— Judgment modified, and as modified affirmed, without costs of this appeal to either party. Settle order before Spring, J., on two days' notice. All concurred.